# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT, OHIO

| | | |
|---|---|---|
| JANE DOE, et al. | ) | CIVIL CASE NO: 1:20-cv-00905 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE: MATTHEW W. MCFARLAND |
| v. | ) | |
| | ) | |
| MIAMI UNIVERSITY, | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| Defendant. | ) | |

Now comes Plaintiffs, Jane Doe and Jane Rowe, by and through their undersigned counsel, Eric F. Long, Friedman & Nemecek, L.L.C., and Leslie Albeit, Albeit Weiker, L.L.P., and pursuant to Rule 41(a)(A), of the Federal Rules of Civil Procedure hereby moves this Honorable Court to voluntarily dismiss the Complaint without prejudice filed in the above captioned matter on November 9, 2020.

Respectfully submitted,

*/s/ Eric F. Long*_____
ERIC F. LONG (0093197)
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH 44114
P: (216) 928-7700
F: (216) 820-4659
E: efl@fanlegal.com

*/s/ Leslie A. Albeit*_____
LESLIE ALBEIT (0086377)
Albeit Weiker, LLP
262 S. 3rd Street
Columbus, Ohio 43215
P: (614) 745-2001
F: (614) 471-5081
E: leslie@awlawohio.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was filed by CM/ECF on this 11th day of November, 2020, which will send a notification of such filing electronically to the following:

Medora M. Akers
Taft Stettitnius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
*Counsel for Miami University*

                                                */s/ Eric F. Long*_____
                                                ERIC F. LONG (0093197)